Thelma S. Cohen, SBN: 65490
**POTTER, COHEN & SAMULON**
3852 East Colorado Blvd.
Pasadena, CA  91107
Telephone: (626)795-0681
Facsimile:  (626)795-0725
tcohen@pottercohenlaw.com

Attorneys for Plaintiff, Guadalupe Martinez

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GUADALUPE MARTINEZ,  )<br>  )<br>       Plaintiff,  )<br>  )<br>    vs.  )<br>  )<br>MICHAEL J. ASTRUE, Commissioner )<br>of Social Security Administration,  )<br>  )<br>       Defendant  )<br>  )<br>_____ ) | Case No.: CV 11-06935 RZ<br><br>~~[PROPOSED]~~ **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that the Commissioner shall pay to Plaintiff the amount of $3,200.00 for fees, as authorized by 28 U.S.C. § 2412(d)~~, subject to the terms of the above-referenced Stipulation~~.

DATE: June 20, 2012                    _____
                                        THE HONORABLE RALPH ZAREFSKY
                                        UNITED STATES MAGISTRATE JUDGE

-1-