Thelma S. Cohen, SBN: 65490
**POTTER, COHEN & SAMULON**
3852 East Colorado Blvd.
Pasadena, CA  91107
Telephone: (626)795-0681
Facsimile:  (626)795-0725
tcohen@pottercohenlaw.com

Attorneys for Plaintiff, Guadalupe Martinez

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GUADALUPE MARTINEZ, | **Case No.: CV 11-06935 RZ** |
| Plaintiff, | ~~[PROPOSED]~~ **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that the Commissioner shall pay to Plaintiff the amount of $3,200.00 for fees, as authorized by 28 U.S.C. § 2412(d)~~, subject to the terms of the above-referenced Stipulation~~.

DATE: June 20, 2012

_____
THE HONORABLE RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE